UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT
INSURANCE CORPORATION
        Plaintiff(s),

v.

RICHARD STRAUB, etc., et al.
        Defendant(s).
_____/

CASE NO. C11-03295-SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*) Mediation / JAMS, Inc.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline  May 1, 2012

Dated: September 22, 2011      /s/ Vanessa H. Widener
                                                           Attorney for Plaintiff

Dated: September 22, 2011      /s/ Julia M. Wei
                                                           Attorney for Defendant

Dated: _____

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☐ Private ADR

Deadline for ADR session
☐ 90 days from the date of this order.
☒ other    MAY 1, 2012

IT IS SO ORDERED.

Dated:   9/26/11                                  *Saundra B. Armstrong*
                                            UNITED STATES    JUDGE

900127.1

American LegalNet, Inc.
www.USCourtForms.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 444 South Flower Street, Thirty-First Floor, Los Angeles, California 90071-2901.

On **September 22, 2011**, I served the document described as **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Julia M. Wei, Esq.<br>Law Offices of Peter N. Brewer<br>2501 Park Boulevard, 2nd Floor<br>Palo Alto, CA  94306<br>Telephone: (650) 327-2900<br>Facsimile: (650) 327-5959 | Attorneys for Defendant,<br>Richard Straub |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on **September 22, 2011**, at Los Angeles, California.

LISA GREENE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594