1  Peter N. Brewer / St.Bar № 87971
Julia M. Wei / St.Bar № 218005
2  Law Offices of Peter N. Brewer
2501 Park Boulevard, 2ⁿᵈ Floor
3  Palo Alto, CA 94306
Tel: (650) 327-2900
4  Fax: (650) 327-5959
Eml: julia@brewerfirm.com
5

6  Attorneys for Defendant Richard Straub, an Individual and dba Straub Appraisal.

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11  FEDERAL DEPOSIT INSURANCE                    Case No.: C11-03295
    CORPORATION as Receiver for INDYMAC
12  BANK, F.S.B.,                                STIPULATION TO EXTEND TIME
                                                 TO ANSWER COMPLAINT
13              Plaintiff,

14       v.

15

16  RICHARD STRAUB, an individual and dba
    STRAUB APPRAISAL,
17
                Defendants.
18

19

20       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, FEDERAL

21  DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. and

22  Defendant, RICHARD STRAUB, by and between their respective counsel, that Defendants

23  shall have up to and including Friday, September 30, 2011 to respond to the Complaint in this

24  matter.

25

26  Dated:  September 30, 2011          ANDERSON, McPHARLIN & CONNERS LLP

27

28                                      By:    _/s/__Jennifer S. Muse_____
                                               Jennifer S. Muse,
                                               Attorneys for Plaintiff

                                        1

**Law Offices of Peter N. Brewer**
2501 Park Boulevard, 2ⁿᵈ Fl.
Palo Alto, CA 94306
650-327-2900

1  Dated:  September 30, 2011            THE LAW OFFICES OF PETER N. BREWER

2

3                                        By:    _/s/_Julia M. Wei_____
                                                Julia M. Wei, Attorneys for Defendants
4

5

6                                        **<u>ORDER</u>**

7

8          PURSUANT TO STIPULATION, IT IS SO ORDERED.

9

10 Dated:  September 27, 2011

11

12                                       The Hon. Saundra Brown Armstrong

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of Peter N. Brewer
2501 Park Boulevard, 2nd Fl.
Palo Alto, CA 94306
650-327-2900

2

Stipulation to Extend Time to Answer Complaint
FDIC (Indymac Bank) v. Straub
Case No. C11-03295