Peter N. Brewer / St.Bar № 87971
Julia M. Wei / St.Bar № 218005
Law Offices of Peter N. Brewer
2501 Park Boulevard, 2nd Floor
Palo Alto, CA 94306
Tel: (650) 327-2900
Fax: (650) 327-5959
Eml: julia@brewerfirm.com

Attorneys for Defendant Richard Straub, an Individual and dba Straub Appraisal.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD STRAUB, an individual and dba STRAUB APPRAISAL,<br><br>Defendants. | Case No.: C11-03295<br><br>STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. and Defendant, RICHARD STRAUB, by and between their respective counsel, that Defendants shall have up to and including Friday, September 30, 2011 to respond to the Complaint in this matter.

Dated:  September 30, 2011            ANDERSON, McPHARLIN & CONNERS LLP


                                      By:   _/s/__Jennifer S. Muse_____
                                            Jennifer S. Muse,
                                            Attorneys for Plaintiff

1

1  Dated: September 30, 2011            THE LAW OFFICES OF PETER N. BREWER
2
3                                       By:   _/s/_ Julia M. Wei_____
                                               Julia M. Wei, Attorneys for Defendants
4
5
6                           **ORDER**
7
8       PURSUANT TO STIPULATION, IT IS SO ORDERED.
9
10  Dated: September 27, 2011
11
12                                      _____
                                         The Hon. Saundra Brown Armstrong
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Law Offices of Peter N. Brewer
2501 Park Boulevard, 2nd Fl.
Palo Alto, CA 94306
650-327-2900

Stipulation to Extend Time to Answer Complaint
FDIC (Indymac Bank) v. Straub
Case No. C11-03295