1  VANESSA H. WIDENER (Bar No. 203967)
     vhw@amclaw.com
2  JENNIFER S. MUSE (Bar No. 211779)
     jsm@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street
4  Thirty-First Floor
   Los Angeles, California  90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  **Attorneys for Plaintiff,**
   **FEDERAL DEPOSIT INSURANCE**
7  **CORPORATION as Receiver for**
   **INDYMAC BANK, F.S.B.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD STRAUB, an Individual and dba STRAUB APPRAISAL,<br><br>Defendant. | Case No. C11-03295-SBA<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT STRAUB TO STRIKE PLAINTIFF'S CLAIM FOR ATTORNEY'S FEES** |

Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B. ("Plaintiff"), by and through its attorneys of record, Vanessa Widener and Jennifer Muse of Anderson, McPharlin & Conners LLP and defendant RICHARD STRAUB, individually and dba STRAUB APPRAISAL ("Defendant") by and through their attorneys of record Julia M. Wei and Henry Chuang of Law Offices of Peter N. Brewer, hereby stipulate and agree as follows:

/ / /

/ / /

1. Plaintiff filed it Complaint for breach of contract and negligent misrepresentations on July 6, 2011. In the prayer for relief, Plaintiff asserted a claim for attorney's fees.

2. Defendant was served with the Complaint on August 16, 2011. By agreement of the parties, his responsive pleading is due on September 30, 2011.

3. After discussions regarding the sufficiency of the pleadings and the Plaintiff's claim for attorney's fees, Plaintiff and Defendant agree that the claim has not been properly plead. Therefore, in the interest of judicial economy, the parties hereby stipulate and agree that Plaintiff's claim for attorney's fees against Defendant shall be dismissed without prejudice.

**IT IS SO STIPULATED**

DATED: September ___, 2011     ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Vanessa H. Widener
Jennifer S. Muse
Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

DATED: September ___, 2011     LAW OFFICE OF PETER N. BREWER

By: _____
Julia M. Wei
Henry Chuang
Attorneys for Defendant RICHARD STRAUB

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/3/11

*Sandra B. Armstrong*
SANDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

902543.1 5662.116

3

C11-03295-SBA

STIPULATION BETWEEN PLAINTIFF AND DEFENDANT STRAUB TO STRIKE PLAINTIFF'S CLAIM FOR ATTORNEY'S FEES

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

902543.1 5662.116

C11-03295-SBA
STIPULATION BETWEEN PLAINTIFF AND DEFENDANT STRAUB TO STRIKE PLAINTIFF'S CLAIM FOR ATTORNEY'S FEES