SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD STRAUB, an Individual and dba STRAUB APPRAISAL,<br><br>Defendants. | Case No. CV11-03295-SBA<br><br>STIPULATION TO MODIFY CASE MANAGEMENT ORDER |

## **STIPULATION**

The Parties, Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC") as Receiver for IndyMac Bank, F.S.B. and Defendants RICHARD STRAUB, an individual and doing business as STRAUB APPRAISAL, by and through their respective attorneys of record, hereby stipulate and agree to modify the Case Management Order of October 20, 2011 to allow Parties to complete private mediation and allow the Parties additional time to conduct discovery prior to mediation and disclose experts, while the parties simultaneously await the court's ruling on Plaintiff's Motion to Strike the affirmative defense of comparative fault. Generally speaking, the extension provides an

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C11-03295-SBA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

1

1 additional two months to conduct discovery and disclose experts without modifying the
2 existing trial date or related pre-trial deadlines.
3     The Parties stipulate to the following brief extension of deadlines:

| EVENT | DEADLINE |
|---|---|
| Complete ADR | July 31, 2012 |
| Designation of Opening Experts with Reports | July 21, 2012 |
| Designation of Rebuttal Experts with Reports | August 20, 2012 |
| Supplemental Expert Report | September 20, 2012 |
| Discovery Deadline | September 21, 2012 |
| Expert Discovery Deadline | October 12, 2012 |

IT IS SO STIPULATED BY COUNSEL OF RECORD:


Dated:  April 25, 2012                          GCA LAW PARTNERS LLP


                                                By:    /s/ Susan D. Condon
                                                    SUSAN D. CONDON
                                                    VALERIE M. WAGNER
                                                Attorneys for Plaintiff
                                                FEDERAL DEPOSIT INSURANCE
                                                CO. as receiver for INDYMAC
                                                BANK, F.S.B



Dated:  April 25, 2012                          LAW OFFICES OF PETER N. BREWER


                                                By:    /s/ Julia M. Wei
                                                    JULIA M. WEI
                                                    HENRY CHUANG
                                                Attorneys for Defendants
                                                RICHARD STRAUB, an individual
                                                and dba STRAUB APPRAISAL

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C11-03295-SBA                                                          2

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/20/12         _____
                       UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C11-03295-SBA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

3