1 SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
2 VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
3 GCA LAW PARTNERS LLP
1891 Landings Dr.
4 Mountain View, CA 94043
Telephone: (650) 428-3900
5 Facsimile: (650) 428-3901

6 Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as
7 Receiver for INDYMAC BANK, F.S.B.

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 FEDERAL DEPOSIT INSURANCE       | Case No. CV11-03295-SBA
CORPORATION as Receiver for
13 INDYMAC BANK, F.S.B.,                 | STIPULATION TO MODIFY CASE
                                  | MANAGEMENT ORDER
14            Plaintiff,

15      vs.

16 RICHARD STRAUB, an Individual and
dba STRAUB APPRAISAL,
17
           Defendants.
18

19                        **STIPULATION**

20       The Parties, Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION

21 ("FDIC") as Receiver for IndyMac Bank, F.S.B. and Defendants RICHARD STRAUB, an

22 individual and doing business as STRAUB APPRAISAL, by and through their respective

23 attorneys of record, hereby stipulate and agree to modify the Case Management Order of

24 October 20, 2011 to allow Parties to complete private mediation and allow the Parties

25 additional time to conduct discovery prior to mediation and disclose experts, while the

26 parties simultaneously await the court's ruling on Plaintiff's Motion to Strike the

27 affirmative defense of comparative fault. Generally speaking, the extension provides an

28

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C11-03295-SBA                         1

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

1  additional two months to conduct discovery and disclose experts without modifying the

2  existing trial date or related pre-trial deadlines.

3       The Parties stipulate to the following brief extension of deadlines:

| EVENT | DEADLINE |
|---|---|
| Complete ADR | July 31, 2012 |
| Designation of Opening Experts with Reports | July 21, 2012 |
| Designation of Rebuttal Experts with Reports | August 20, 2012 |
| Supplemental Expert Report | September 20, 2012 |
| Discovery Deadline | September 21, 2012 |
| Expert Discovery Deadline | October 12, 2012 |

12  IT IS SO STIPULATED BY COUNSEL OF RECORD:

14  Dated:  April 25, 2012              GCA LAW PARTNERS LLP

By:___/s/ Susan D. Condon_____
    SUSAN D. CONDON
    VALERIE M. WAGNER
Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE
CO. as receiver for INDYMAC
BANK, F.S.B

22  Dated:  April 25, 2012              LAW OFFICES OF PETER N. BREWER

By:___/s/ Julia M. Wei_____
    JULIA M. WEI
    HENRY CHUANG
Attorneys for Defendants
RICHARD STRAUB, an individual
and dba STRAUB APPRAISAL

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C11-03295-SBA         2

1

**ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    Dated: 7/20/12                              _____
                                                 UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. C11-03295-SBA

3