SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case No. 11-CV-03295-SBA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT |
| vs. | |
| RICHARD STRAUB, an Individual and dba STRAUB APPRAISAL, | |
| Defendants. | |

## STIPULATION

The Parties, Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC") as Receiver for IndyMac Bank, F.S.B., and Defendant RICHARD STRAUB, an individual and doing business as STRAUB APPRAISAL ("STRAUB"), by and through their respective attorneys of record, hereby stipulate and request that the hearing on STRAUB's pending Motion for Partial Summary Judgment be continued for three weeks from October 2, 2012, at 1:00 p.m. to October 23, 2012, at 1:00 p.m. The Parties further stipulate and request that the deadline for the FDIC's Opposition to said Motion for Partial

STIPULATION AND [ORDER] CONTINUING HEARING ON MOTION FOR
PARTIAL SUMMARY JUDGMENT; CASE NO. 11-CV-03295-SBA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

1

1  Summary Judgment be extended three weeks from September 5, 2012, to September 26,
2  2012, and that the deadline for STRAUB's Reply to the Opposition be extended from
3  September 12, 2012, to October 3, 2012.
4      The Parties engaged in a mediation on August 31, 2012, with the Honorable Jamie
5  Jacobs-May at JAMS.  The Parties are continuing to discuss possible settlement and would
6  like additional time for this mediation process before the Parties and Court have to expend
7  the time and resources involved in the resolution of STRAUB's Motion.
8      The Parties have previously stipulated to an extension of case deadlines (*see*
9  Docket No. 30) as follows:

| EVENT | DEADLINE |
|---|---|
| Complete ADR | July 31, 2012 |
| Designation of Opening Experts with Reports | July 21, 2012 |
| Designation of Rebuttal Experts with Reports | August 20, 2012 |
| Supplemental Expert Report | September 20, 2012 |
| Discovery Deadline | September 21, 2012 |
| Expert Discovery Deadline | October 12, 2012 |

The Court entered this stipulation as an order modifying these case deadlines on July 23, 2012.  (*See* Docket No. 37.)

    IT IS SO STIPULATED BY COUNSEL OF RECORD:

Dated:  September 4, 2012           GCA LAW PARTNERS LLP

           By:  Valerie M. Wagner
                Valerie M. Wagner

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE
CO. as receiver for INDYMAC
BANK, F.S.B

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

STIPULATION AND [ORDER] CONTINUING HEARING ON MOTION FOR
PARTIAL SUMMARY JUDGMENT; CASE NO. 11-CV-03295-SBA

2

1
2  Dated: September 4, 2012                    LAW OFFICES OF PETER N. BREWER
3
4                                              By:  Henry Chuang
                                                    Henry Chuang
5
                                               Attorneys for Defendants
6                                              RICHARD STRAUB, an individual
                                               and dba STRAUB APPRAISAL
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

STIPULATION AND [ORDER] CONTINUING HEARING ON MOTION FOR
PARTIAL SUMMARY JUDGMENT; CASE NO. 11-CV-03295-SBA

3

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on the Motion for Partial Summary Judgment by Defendant RICHARD STRAUB, an individual and doing business as STRAUB APPRAISAL, is continued from October 2, 2012, at 1:00 p.m. in Courtroom 1 to October 23, 2012, at 1:00 p.m. in Courtroom 1. The deadline for the Opposition to the Motion for Partial Summary Judgment is extended from September 5, 2012 to September 26, 2012, and the deadline for the Reply is extended from September 12, 2012 to October 3, 2012.

Dated:_9/10/12                            _____
                                          UNITED STATES DISTRICT JUDGE